IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA                                        PLAINTIFF

v.              Case No. 6:11-CR-60028-001

LOYTON SCOTT FRANCIS                                            DEFENDANT

### ORDER

Now on this 18th day of April 2012, there comes on for consideration the report and recommendation filed herein on March 30, 2012, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. 19). No objections have been filed.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Defendant's Motion to Suppress Evidence and Statements (doc. 14) is **DENIED**.

Notwithstanding the pending Third Motion to Continue Trial (doc. 20) this matter remains set for a jury trial to begin Wednesday, April 25, 2012, at 9:00am in Hot Springs.

IT IS SO ORDERED.

                                        /s/ Robert T. Dawson
                                        Honorable Robert T. Dawson
                                        United States District Judge